An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THOMAS EDWARD O'DONNELL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 67161 |
| THOMAS EDWARD O'DONNELL A/K/A THOMAS BRADFORD A/K/A THOMAS BRADSHAW A/K/A CHARLIE NAGEL O'DONNELL A/K/A THOMAS WHITE<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 67198 |
| THOMAS EDWARD O'DONNELL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 67303 |

**FILED**

**FEB 2 3 2015**

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from purported district court decisions resolving a motion to correct illegal sentence, motion to vacate illegal sentence, motion to sever/recuse district court judge and attorney general's office, motion to compel appeal of decision on December 17, 2014, motion for conflict of interest, and a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; William D. Kephart, Judge; David B. Barker, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to sever/recuse, motion to compel appeal of

decision on December 17, 2014, and motion for conflict of interest, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). To the extent that appellant appeals from decisions resolving his motions to correct/vacate illegal sentence, and a post-conviction petition for a writ of habeas corpus, these appeals are premature as no decisions, oral or written, had been made on the motions and petition when appellant filed his appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over these appeals, and we

ORDER these appeals DISMISSED.



_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. William D. Kephart, District Judge
      Hon. David B. Barker, District Judge
      Thomas Edward O'Donnell
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk